Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| WENDY TAKANO, a single woman, | No. 2:19-cv-01932-JLR |
| Plaintiff, | |
| v. | STIPULATED ORDER RESETTING CASE SCHEDULE |
| NELSON & KENNARD, a law firm partnership; ROBERT SCOTT KENNARD and DONALD SCOTT NELSON, individually and as partners, | Hearing Date: April 6, 2020 |
| Defendants. | |

THIS MATTER having come before the Court upon the parties' stipulation to reset the unexpired deadlines in Doc. 12, those after March 31, 2020, by two weeks so that the parties may pursue settlement, the plaintiff being represented by her attorney, James Sturdevant, and the defendants being represented by their attorney, Robert Kennard, *pro se,* and upon consideration of the stipulation and good cause having been shown, now therefore, it is by the Court:

ORDERED that the unexpired deadline in Doc. 12, the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement be and the same hereby is extended for two weeks to

STIPULATED ORDER RESETTING CASE SCHEDULE - 1/2
Case No. 2:19-cv-01932-JLR
Takano

JAMES STURDEVANT
ATTORNEY AT LAW
119 N. Commercial St. Ste. 235
Bellingham, WA 98225
ph (360) 671-2990 fax (360) 483-5970
email: sturde@openaccess.org

April 21, 2020, so that the parties may pursue settlement negotiations.

DATED at Seattle, WA this 9th day of April 2020.

JAMES L. ROBART
United States District Judge

Prepared and present by:

/s/ James Sturdevant
James Sturdevant WSBA #8016

STIPULATED ORDER RESETTING CASE SCHEDULE - 2/2
Case No. 2:19-cv-01932-JLR
Takano

JAMES STURDEVANT
ATTORNEY AT LAW
119 N. Commercial St. Ste. 235
Bellingham, WA 98225
ph (360) 671-2990 fax (360) 483-5970
email: sturde@openaccess.org